UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CRIMINAL ACTION NO. 3:22-CR-57-RGJ |
| PHILLIP KING, *ET AL.* | DEFENDANTS |

## COUNSEL'S MOTION TO WITHDRAW

Undersigned counsel respectfully requests the Court to permit him to withdraw as counsel on behalf of Mr. King in the above styled matter. Mr. King has been unable to secure the funds necessary to retain the undersigned. Undersigned counsel would further request that the Court assess whether Mr. King qualifies for appointed counsel.

WHEREFORE, this Court is respectfully requested to enter the attached Order.

                                                **RESPECTFULLY SUBMITTED,**

                                                /S/ *MARK D. CHANDLER*
                                                **MARK D. CHANDLER**
                                                600 West Main Street, Suite 300
                                                Louisville, Kentucky 40202
                                                (502) 589-6190

# CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/ Mark D. Chandler*
Mark D. Chandler